JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GOLD CREST, LLC, a California Limited Liability Company,<br><br>               Plaintiff,<br>vs.<br><br>GLOBE ELECTRIC COMPANY (U.S.A.), a Canadian Corporation; and DOES 1-10, inclusive;<br><br>               Defendants. | CASE No. 2:19-c-06986-DD-RAO.<br><br>Hon. Dean D. Pregerson<br><br>**ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that this entire action be and hereby is DISMISSED, with prejudice, as to all claims, causes of action, and parties, with each party to bear its own attorneys' fees and costs. This Court will retain jurisdiction to enforce the terms of the Confidential Settlement Agreement entered into between the parties, if necessary.

Dated: April 13, 2020

_____
DEAN D. PREGERSON
Judge of the United States District Court

1
**ORDER OF DISMISSAL**